|||
|---|---|
|1| KEVIN V. RYAN, SBN 118321 |
| | United States Attorney |
|2| JOANN M. SWANSON, SBN 88143 |
| | Assistant United States Attorney |
|3| Chief, Civil Division |
| | SARA WINSLOW, DCBN 457643 |
|4| Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDNA F. WYRICK, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 04-2503 MJJ |
| ) | |
| v. ) | SUBSTITUTION OF COUNSEL |
| ) | and ORDER. |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant JO ANNE B. BARNHART, Commissioner of Social Security, by and through the undersigned counsel, hereby designates the following Special Assistant U.S. Attorney as its counsel of record in the above-captioned case in place of Special Assistant U.S. Attorney Eric K. H. Chinn:

>Geralyn Gulseth
>Special Assistant U.S. Attorney
>333 Market Street, Suite 1500
>San Francisco, CA 94105
>Telephone: (415) 977-8923

///

| | | |
|---|---|---|
| 1 | | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED: July 25, 2006 | By: */s/ Sara Winslow* |
| 4 | | SARA WINSLOW<br>Assistant U. S. Attorney |
| 5 | | |
| 6 | DATED: July 25, 2006 | By: */s/ Geralyn Gulseth*<br>GERALYN GULSETH<br>Special Assistant U. S. Attorney |
| 7 | | |
| 8 | | Attorneys for Defendant |

7/31/2006

**IT IS SO ORDERED**

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA