```
1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
   1108 Tamalpais Avenue #1
3  San Rafael, CA 94901
   Tel.: 415-457-4200
4
5  Attorney and Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EDNA F. WYRICK, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL No.: C-04-02503 MJJ |
| vs. | ) | STIPULATION AND ORDER EXTENDING |
| Jo Anne B. Barnhart, | ) | TIME TO FILE PLAINTIFF'S OPPOSITION |
| Commissioner of Social Security, | ) | TO DEFENDANT'S |
| Defendant. | ) | THIRD MOTION TO DISMISS |
|  | ) | GRANTED |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Wyrick may have an extension of 21 days in which to file her reply in opposition to Defendant's Third Motion to Dismiss. Plaintiff's response is now due on January 25, 2006, pursuant to Civil L.R. 16-5.

/

/

/

/

/

Wyrick, EXT.REPLYtoXMSJ
C 04-02503 MJJ

Dated: January 4, 2006

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff


Dated: January 10, 2006

Signed /Sara Winslow/
_____
SARA WINSLOW
ASSISTANT U.S. Attorney
 And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 18, 2006

/s/ Martin J. Jenkins
_____
MARTIN J. JENKINS
United States District Judge

Wyrick, EXT.REPLYtoXMSJ
C 04-02503 MJJ