IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200
e-mail: imsammis@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDNA F. WYRICK,<br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. C-04-02503 MJJ<br><br>VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>AND ORDER<br>[F.R.C.P. 41(a)(1)] |

BECAUSE Plaintiff now realizes that she has received all the benefits that she has claimed in the administrative proceedings, she voluntarily dismisses this action with prejudice.

Dated: January 19, 2007

signed /IAN M. SAMMIS/
by _____
Ian M. Sammis
Attorney for Plaintiff Edna F. Wyrick

GRANTED
Judge Martin J. Jenkins
1/23/2007

VOLUNTARY DISMISSAL     Page 1 of 1     Case No. C-04-02503 MJJ